UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 1:08-00002 |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 26 U.S.C. § 5861(d) |
| ERIC IAN BAKER, | ) | 26 U.S.C. § 5871 |
| JONATHAN EDWARD STONE, and | ) | |
| MICHAEL COREY GOLDEN | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about February 9, 2008, in the Middle District of Tennessee, **ERIC IAN BAKER, JONATHAN EDWARD STONE, and MICHAEL COREY GOLDEN**, did knowingly and unlawfully possess firearms as defined by Title 26, United States Code, Section 5845(a), namely destructive devices, as defined by Title 26, United States Code, Section 5845(f), which firearms were not registered to **ERIC IAN BAKER, JONATHAN EDWARD STONE, and MICHAEL COREY GOLDEN** in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841(a).

In violation of Title 26, United States Code, Section 5861(d) and 5871, and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

EDWARD M. YARBROUGH
UNITED STATES ATTORNEY

HAROLD B. McDONOUGH, JR.
ASSISTANT UNITED STATES ATTORNEY