| Petty Offense | ( ) |
|---|---|
| Misdemeanor | ( ) |
| Felony | (X) |
| Juvenile | ( ) |

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
__COLUMBIA__ DIVISION

County of Offense: __Maury__

AUSA's NAME: __McDonough__

__Jonathan Edward Stone__
Defendant's Name

_____
Defendant's Address

Interpreter Needed? ___Yes   _X_ No

If Yes, what language? _____

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 26/5861(d) | Possession of unregistered firearms | 10 years | $10,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If the defendant is charged with violating 18 U.S.C sec 922(g) and has 3 prior qualifying felonies, then the penalties are as follows: imprisonment not less than 15 years nor more than life; fine not more than $250,000; supervised release not more than 5 years; 18:924(e)(1)

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| | | | |

Is the defendant currently in custody?    ( X ) Yes    ( ) No    If Yes, State or Federal? Federal

Has a complaint been filed?    ( X ) Yes    ( ) No
   If Yes:  Name of Magistrate Judge __Bryant__    Case No.: __08-4017 JSB__

         Was the defendant arrested on the complaint?    (X) Yes    ( ) No

Has a search warrant been issued?  ( ) Yes  (X) No
   If Yes:  Name of Magistrate Judge _____    Case No : _____

Was bond set by Magistrate/District Judge: ( ) Yes (X) No    Amount of bond: _____

Is this a Rule 20? ( ) Yes  (X) No    To/from what district? _____
Is this a Rule 40? ( ) Yes  (X) No    To/from what district? _____

Is this case related to a pending or previously filed case?    ( ) Yes    (X) No

   What is the related case number: _____

   Who is the Magistrate Judge: _____    District Judge: _____

Estimated trial time: __4 days__

The Clerk will issue a **Summons** / **Warrant**  (circle one)  [Warrant circled]

Bond Recommendation: __Detention__