Petty Offense ( )
Misdemeanor ( )
Felony (X)
Juvenile ( )

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
__COLUMBIA__ DIVISION

County of Offense: __Maury__

AUSA's NAME: __McDonough__

__Michael Corey Golden__
Defendant's Name

Defendant's Address

Interpreter Needed? ____Yes _X___ No

If Yes, what language?

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 26/5861(d) | Possession of unregistered firearms | 10 years | $10,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If the defendant is charged with violating 18 U.S.C. sec. 922(g) and has 3 prior qualifying felonies, then the penalties are as follows: imprisonment not less than 15 years nor more than life; fine not more than $250,000; supervised release not more than 5 years; 18:924(e)(1)

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| | | | |

Is the defendant currently in custody? (X) Yes ( ) No   If Yes, State or Federal? Federal

Has a complaint been filed? (X) Yes ( ) No
If Yes: Name of Magistrate Judge __Bryant__ Case No.: __08-4017 JSB__

Was the defendant arrested on the complaint? (X) Yes ( ) No

Has a search warrant been issued? ( ) Yes (X) No
If Yes: Name of Magistrate Judge _____ Case No.: _____

Was bond set by Magistrate/District Judge: ( ) Yes (X) No   Amount of bond: _____

Is this a Rule 20? ( ) Yes (X) No   To/from what district? _____
Is this a Rule 40? ( ) Yes (X) No   To/from what district? _____

Is this case related to a pending or previously filed case? ( ) Yes (X) No

What is the related case number: _____

Who is the Magistrate Judge: _____   District Judge: _____

Estimated trial time: __4 days__

The Clerk will issue a **Summons** / **Warrant** (circle one)

Bond Recommendation: __Detention__