UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:08-00002 |
| v. | ) | |
| | ) | JUDGE ECHOLS |
| MICHAEL COREY GOLDEN | ) | |

**POSITION OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the United States of America by and through Assistant United States Attorney Harold B. McDonough, Jr. and states it has no objection to the facts contained in the Presentence Investigation Report or to the guideline calculations contained in the report dated February 10, 2009.

Respectfully submitted,

EDWARD M. YARBROUGH
UNITED STATES ATTORNEY

BY:   s/Harold B. McDonough, Jr.
HAROLD B. McDONOUGH, JR.
Assistant United States Attorney
Suite A-961
110 9th Avenue, South
Nashville, TN 37203-3870
Phone: (615) 736-5151

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Position of the Government with Respect to Sentencing Factors was sent via the Court's electronic filing system to the following:

    Michael J. Flanagan
    95 White Bridge Road, Suite 208
    Nashville, TN 37205

and via internal courthouse mail to:

    Amanda G. Winfree
    U. S. Probation Officer
    110 9th Avenue South – Suite A-725
    Nashville, TN 37203-3899

    this 5th day of March, 2009.

                                              s/Harold B. McDonough, Jr.
                                              HAROLD B. McDONOUGH, JR.
                                              Assistant United States Attorney